UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES D. CABAN

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, August 1, 2008,** and responses to these motions shall be filed by **Friday, August 15, 2008.**  It is

    FURTHER ORDERED that counsel shall contact my chambers to set a hearing on all pending motions, if any, and final trial preparation conference if necessary.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, August 25, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: July 16, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge